IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

     Plaintiff,                  No.  2:13-cv-0688 CKD P

   vs.

P. MASSA, et al.,

     Defendants.          ORDER

        Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Court records indicate that plaintiff is a "three strikes" litigant pursuant to 28 U.S.C. § 1915(g).[1] See Baker v. Marsh, No. 2:13-cv-0171 GEB EFB P (E.D. Cal.), Dkt. No. 4. As plaintiff alleges unauthorized withdrawals from his trust account and a violation of his right to due process, the "imminent danger" exception does not apply. Accordingly plaintiff will be granted thirty days to submit the $350.00 filing fee for this

---

[1] This section provides that a prisoner may not proceed in forma pauperis "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

1  action. Plaintiff's failure to pay the filing fee will result in a recommendation that this action be
2  dismissed.
3        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall
4  submit, within thirty days from the date of this order, the $350.00 filing fee for this action.
5  Plaintiff's failure to comply with this order will result in a recommendation that this action be
6  dismissed.
7  Dated: April 15, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
bake0688.3strik