1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERRY W. BAKER,

11              Plaintiff,                    No.  2:13-cv-0688 CKD P

12        vs.

13   P. MASSA, et al.,                        ORDER &

14              Defendants.                    FINDINGS AND RECOMMENDATIONS

15   _____/

16          By an order filed April 16, 2013, plaintiff was ordered to pay the appropriate

17   filing fee within thirty days and was cautioned that failure to do so would result in a

18   recommendation that this action be dismissed.  The thirty day period has now expired, and

19   plaintiff has not paid the $350.00 filing fee.

20          Accordingly, IT IS HEREBY ORDERED that the Clerk of Court assign a district

21   judge to this action.

22          IT IS HEREBY RECOMMENDED that this action be dismissed without

23   prejudice.

24          These findings and recommendations are submitted to the United States District

25   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

26   days after being served with these findings and recommendations, plaintiff may file written

1

1   objections with the court and serve a copy on all parties.  Such a document should be captioned

2   "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

3   failure to file objections within the specified time may waive the right to appeal the District

4   Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

5    Dated: May 29, 2013

6

7   CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

8

9

10   2
     bake0688.fifp

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26