UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. BAKER, | No. 2:13-cv-0688 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| P. MASSA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On May 30, 2013, the undersigned filed findings and recommendations which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) Plaintiff has not filed objections to the findings and recommendations. Moreover, on May 30, 2013, plaintiff consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c). (ECF No. 5.) Accordingly, to conserve judicial resources, the undersigned will direct the Clerk of Court to de-assign the district judge previously assigned to this matter.

Plaintiff has also filed a motion arguing that he should not be considered a "three strikes" litigant pursuant to 28 U.S.C. § 1915(g). (ECF No. 6.) For the reasons set forth in its April 16, 2013 order (ECF No. 3), the court will deny plaintiff's motion.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion opposing denial of indigent status (ECF No. 6) is denied;

2. The Clerk of Court shall de-assign the district judge previously assigned to this matter;

3. This action is dismissed without prejudice; and

4. The Clerk of Court shall close this action.

Dated: June 26, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
bake0688.ord